UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM E. POWELL,

       Plaintiff,        CASE NO. 2:15-CV-11033
                                 JUDGE PAUL D. BORMAN
                                 MAGISTRATE JUDGE ANTHONY P. PATTI

    v.

INTERNAL REVENUE SERVICE,

       Defendant.

_____

## ORDER CONSTRUING PLAINTIFF'S SEPTEMBER 15, 2015 MOTION (DE 31) AS A MOTION FOR ENTRY OF A CASE MANAGEMENT SCHEDULING ORDER and GRANTING SUCH MOTION

    This case is one of three Plaintiff has filed in this Court against the Internal Revenue Service.[1] Plaintiff filed the instant lawsuit *pro se* on March 19, 2015. (DE 1.) He is proceeding *in forma pauperis*. (*See* DEs 2, 5 & 13.)

    This case has been referred to me for all pretrial matters. (*See* DEs 26, 29.) Currently before the Court is Plaintiff's September 15, 2015 request for the Court to require a meet and confer report. (DE 31.) In support of his request, Plaintiff cites Fed. R. Civ. P. 26(f) ("Conference of the Parties; Planning for Discovery.") and E.D. Mich. LR 16.3 ("Alternative Dispute Resolution: General Provisions").

---

[1] *See also Powell v. IRS*, Case No. 2:14-cv-12626-SFC-MJH and *Powell v. IRS*, 2:15-cv-11616-PDB-APP.

1

Upon consideration, Plaintiff's September 15, 2015 motion (DE 31) is CONSTRUED as a motion for entry of a case management scheduling order and is GRANTED.   Accordingly, the parties shall confer and develop a proposed discovery plan as contemplated by Fed. R. Civ. P. 26(f).   This proposed plan shall be filed with the Court no later than Friday, October 2, 2015.   Once the Court receives the parties' proposed plan, it will enter a case management scheduling order.

**IT IS SO ORDERED.**

Dated: September 18, 2015            s/Anthony P. Patti
                                    Anthony P. Patti
                                    UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on September 18, 2015, electronically and/or by U.S. Mail.

                                    s/Michael Williams
                                    Case Manager for the
                                    Honorable Anthony P. Patti