UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM E. POWELL,

       Plaintiff,        CASE NO. 2:15-CV-11033
                                JUDGE PAUL D. BORMAN
                                MAGISTRATE JUDGE ANTHONY P. PATTI

   v.

INTERNAL REVENUE SERVICE,

       Defendant.

---

### ORDER DENYING PLAINTIFF'S OCTOBER 23, 2015 MOTION FOR *VAUGHN* INDEX (DE 39)

This case is one of three Plaintiff has filed in this Court against the Internal Revenue Service.[1] Plaintiff filed the instant lawsuit *pro se* on March 19, 2015. (DE 1.) He is proceeding *in forma pauperis*. (*See* DEs 2, 5 & 13.)

This case has been referred to me for all pretrial matters. (*See* DEs 26, 29.) On September 8, 2015, I entered an order denying without prejudice Plaintiff's July 21, 2015 motion to compel preparation of a *Vaughn* index. (DEs 24, 30.) The order specifically provided: "Plaintiff may renew his motion for a *Vaughn* index during dispositive motion practice but is directed to seek concurrence in

---

[1] *See also Powell v. IRS*, Case No. 2:14-cv-12626-SFC-MJH and *Powell v. IRS*, 2:15-cv-11616-PDB-APP.

accordance with E.D. Mich. LR 7.1(a) and to abide by my online motion practice guidelines before refiling any such motion." (DE 30 at 2.)

Currently before the Court is Plaintiff's October 23, 2015 motion for *Vaughn* index. (DE 39.) Upon consideration, it is DENIED. First, the filing does not certify that Plaintiff has complied with E.D. Mich. LR 7.1(a) ("Seeking Concurrence in Motions and Requests."). Second, pursuant to this Court's October 22, 2015 order setting case management deadlines, "Dispositive motions shall be filed no later than January 15, 2016, with opposition and reply briefs filed in accordance with the E.D. Mich. LRs." (DE 38 at 2.) Thus, dispositive motion practice has yet to begin.

**IT IS SO ORDERED.**


Dated: October 28, 2015          s/Anthony P. Patti
                                 Anthony P. Patti
                                 UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on October 28, 2015, electronically and/or by U.S. Mail.

                                 s/Michael Williams
                                 Case Manager for the
                                 Honorable Anthony P. Patti